IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>BERNICE WARFIELD,<br>    **Debtor(s)**<br><br>AMERICREDIT FINANCIAL SERVICES, INC.<br>dba GM FINANCIAL,<br>    **Movant**<br><br>v.<br><br>BERNCIE WARFIELD,<br>    **Respondent(s)**<br><br>RONDA J. WINNECOUR,<br>    **Trustee** | Bankruptcy No. 22-21446-CMB<br><br>Chapter 13<br><br>Related To Document No. 45 and 46<br><br>**Response Deadline:  6/5/23**<br><br>**Hearing Date:  6/14/23 at 2:30 PM** |

**CERTIFICATE OF SERVICE**

I, ___William E. Craig___, of Morton & Craig LLC, 110 Marter Avenue, Moorestown, NJ 08057, certify that I am more than 18 years of age and that on May 19, 2023 I served by United States mail, first class, postage prepaid, the Notice Of Hearing With Response Deadline and a copy of the Motion For Relief From Stay filed in this proceeding on:

| | |
|---|---|
| Bernice Warfield<br>20 Thornycroft Road<br>Pittsburgh, PA 15235<br>(Debtor) | Bryan P. Keenan, Esq.<br>993 Greentree Road<br>Suite 101<br>Pittsburgh, PA 15220<br>(Attorney For Debtor) |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>(Trustee) | Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222<br>(U.S. Trustee) |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ William E. Craig
William E. Craig, Esquire
Bar ID# 92329
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856) 866-0100
bcraig@mortoncraig.com