# In the United States Bankruptcy Court
# For the Western District Of Pennsylvania

| | | |
|---|---|---|
| In Re: | ) | CaseNo. 22-21446-CMB |
| **Bernice Warfield** | ) | **Chapter 13** |
| **Debtor** | ) | **Document No.** |
| **Tamar Warfield** | ) | |
| | ) | **FILED** |
| **v.** | ) | **MAR 20 2024** |
| **DH&K INC/Donald Scott** | ) | CLERK, U.S. BANKRUPTCY COURT WEST DIST. OF PENNSYLVANIA |

## <u>Creditor Objection To Chapter 13 Bankruptcy Plan</u>

<u>**AND NOW COMES/**</u> Creditor DH&K Inc./Doanld Scott and avers that this creditor

is objecting to the trustee plan to the court estate of Bernice Warfield/Tamar Warfield.

Case. No. 22-21446-CMB

 

 

I, <u>Donald Scott</u> (creditor), owner of DH&K Inc, loaned Miss Tamar Warfield,

$20,676 for her grandmothers estate (bankruptcy). Miss Warfield perjured herself to this

court on Febuary 22th, 2024, doc #70.  Miss Warfield signed a verified statement under

the penalty of perjury, saying that the money used to pay the court was not a loan and was

from the sale of her deceased father's gun collection. As the Court can see, the amount

from the unsubstantiated gun sales is exactly the same as the Cashiers Check that was

loaned to Miss Warfield. Miss Warfield promised to repay me by taking money out of her

401K, within 10 days of the intial loan.Of course Miss Warfield is a big dissimulator and has obtained the funds for this bankruptcy under illegal means.

I put the check in Miss Warfield's trustee's name, Ronda J. Winnecour, and it was drawn on my business account. The bank, Dollar Bank, added "Miss Warfield Bankruptcy Plan" on the memo.

Miss Warfield also borrowed an additional $5000, on Febuary 21, 2024  for remodeling on the estate, 20 Thornycroft Pgh, Pennsylvania 15235.  Her repayment in the form of a check then boucned a few days later on Febuary 23, 2024. I was not aware of the bounced check until I recieved a letter on Feb 27, 2024. When I told her the check bounced on March 6, 2024, she claimed to not knowing that it bounced. I have filed a complaint at the Penn Hills magistrate on 3/12/2024. Also I have been advised to file a police complaint as this is a felony.

Miss Warfield mislead the court in her statement that she was on a medical leave and couldn't contribute. Also she has no intentions of getting a second job, and doesn't have another job, just her IRS job. She has no financial means to make the planned payments of $5,712 monthly. Her proposal to the trustee/court is not made in good faith. She hasn't even finished the house remodeling, which has been on pause due to lack of funds for the contractor. Miss Warfield is a fraud, liar, manipulator, vendictive, narcissistic, and will do whatever to get what she wants.

I will be attaching a Lien/Judgement on this estate, and 239 Yosemite Drive Pgh, Pa 15235, as soon as the magistrate hearing is finished. All the above monies that were

borrowed, $25,676, was intended to benifit the Thornycroft estate only. In this motion and my truth, this is why the court should reject their proposal plan. Attachments included indicate her character or untruthness to this court. Because if she can't pay this creditor she is not going to pay this court. As it stands today 3/15/2024, not a single penny has been repaid back to creditor, DH&K Inc/Donald Scott, and request that the $25,676, be returned. Miss Tamar Warfield's plan have violated many applicable bankruptcy laws and I pray that the court reject their plan. Creditor requests the Court to order Miss Warfield to repay the loan in full with interest, along with filing fees and all expenses incurred.

Respectfully,

Donald Scott/ DH&K Inc.

**Signature**

3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Case No. 22-21446-CMB |
| Bernice Warfield | ) | Chapter 13 |
|     Debtor | ) | Document No. |
| Tamara Warfield | ) | |
|     Movant | ) | |
| v. | ) | |
|     No Respondent | ) | |

## VERIFIED STATEMENT

I, Tamara Warfield, hereby affirm and attest that on February 22, 2024 I mailed a payment of $20,681.00 to the Chapter 13 trustee to help cure the post petition arrears.

I am the co-owner of the property located at 20 Thornycroft Road Pittsburgh, PA 15235, which is why I residue.

The source of these funds was from the sale of my deceased fathers guns collection. This was not a loan.

I certify under the penalty of perjury that the above is true and correct.

Signature(s)

/s/

Tamara Warfield (Debtor)

Date: March 7, 2024

Query    Reports    Utilities    Help    Log Out

CLOSED

### U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Corpus Christi)
## CRIMINAL DOCKET FOR CASE #: 2:94-cr-00036-1

Case title: USA v. Warfield

Date Filed: 03/09/1994

Magistrate judge case number: 2:94-mj-00027

Date Terminated: 01/20/1995

Assigned to: Judge Janis Graham Jack

**Defendant (1)**

**Tamar Shelby Warfield**
*TERMINATED: 01/20/1995*

represented by   **Mauro L Reyna , III**
Attorney at Law
P O Box 969
Penitas, TX 78576
956-584-7822
Fax: 956-584-0395
Email: mlreyna@aol.com
*TERMINATED: 01/20/1995*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**Pending Counts**

21:846, 841(a)(1), 841(b)(1)(B)- Conspire
to possess w/intent to distribute approx. 27
kilograms of marihuana, 498 grams of
cocaine and 15 grams of a mixture having a
cocaine base (also known as ("crack").
PENALTY- 5 yrs to 40 yrs impris. and/or
$2,000,000 fine and at least 4 yrs SRT w/out
probation, suspended sentence or parole and
a $50.00 special assmt.
(4)

**Disposition**

Cnt-4 60 mos Probation; $50 SA, $500 fine

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

21:841(a)(1), 841(b)(1)(D), and 18:2-
Unlawful possession w/intent to distribute
approx. 27 kilograms of marihuana.
PENALTY- Maximum- 5 yrs impris. and/or
$250,000 fine and at least 2 yrs SRT and a

**Disposition**

Dismissed on Govt's Mtn

# BRYAN P. KEENAN

& Associates, P.C.

993 Greentree Road, Suite 101
Pittsburgh, PA 15220
Phone: (412) 922-5116
Fax:    (412) 444-0158

February 22, 2024

RONDA J. WINNECOUR,
CHAPTER 13 TRUSTEE, W.D. PA.
POB 84051
Chicago, IL 60689

Re: Case No. 22-21446-CMB
Bernice Warfield

Dear Sir or Madam:

I have enclosed a Dollar Bank cashiers check number 1101493 in the amount of
$20,676.00.

Very truly yours,

Bryan P. Keenan & Associates, P.C.

Bryan P. Keenan, Esquire

**Cashiers Check**

01101493

8-74382430
29

02  22  2024

PAY TO THE



**IDENTIFICATION CARD**

visitPA.com   USA



IDN:

DOB:

EXP: **04/30/2022**

WARFIELD
TAMAR S
20 THORNYCROFT RD
PITTSBURGH, PA 15235

SEX: F   EYES: BRO
HGT 5'-02"

DUPS 01

ISS 02/13/2018

DD 181100150220?
400000059300



ID

9:45                     5G UC ₊₁ 100% 🔋

←  **Aaron**    📞  📹  ⓘ

> She keeps telling me u haven't paid child support since u left the house 😦

Shes a habitual liar



> I been !!!! Knowing that the first time I met her

> I know there's always another side of the story

⊕  📷  🖼️  🎤   Mes...   🙂  👍







11:23 🏮 ⊡ ⊞                    5G UC ⊪ 83% ◼

‹        **Tami New Cell** ⌄                    ⋮



4:27 PM

# I will do my best

# But i will pay you ALL OF YOUR MONEY

4:37 PM ⌄

  + 😊  

11:24                     5G UC ⏳ 82% ▪

< · **Tami New Cell** ⌄                ⋮

> **U promised me u will pay the 5,000. Tomorrow, right.**
>
> 4:02 PM

# Right

4:03 PM                    ⌄

 



DH & K INC
BUSINESS ACCOUNT
465 FLAMINGO AVE
PITTSBURGH PA 15235-1753

DATE: 02/29/24
ACCOUNT NUMBER:

HOURS: MONDAY - FRIDAY  9:00AM - 5:00PM
PHONE: 1-800-242-1616
TOTAL FEES CHARGED:                    $11.00

## NOTICE OF RETURNED CHECKS

1E CHECKS(S) LISTED BELOW HAVE BEEN RETURNED TO DOLLAR BANK.  WE HAVE SENT THE CHECK(S) BACK TO
1E BANK THEY WERE DRAWN ON IN AN ATTEMPT TO COLLECT THE FUNDS AND COMPLETE YOUR DEPOSIT.

LEASE REVIEW EACH ITEM FOR INFORMATION CONCERNING DELAYS IN THE AVAILABILITY OF FUNDS AND THE
3SESSMENT OF FEES.  IF ANY ITEM IS NOT HONORED BY THE BANK IT WAS DRAWN ON, THE FUNDS WILL BE
ITHDRAWN FROM THE ACCOUNT SHOWN ABOVE.

F YOU HAVE ANY QUESTIONS, PLEASE CALL    1-800-242-1616.

ATE PRESENTED:  02/26/24
ATE RETURNED:    02/29/24
1OUNT:      $5,000.00 FUNDS HELD 7 BUSINESS DAYS
AKER:   TAMAR WARFIELD
ANK DRAWN ON:   CLEARVIEW FEDERAL CREDIT UNION
EASON RETURNED:   NON SUFFICIENT FUNDS ONCE
EE WILL BE APPLIED TO ACCOUNT ANALYSIS

1ANK YOU FOR BANKING AT DOLLAR BANK.



2024022600008408585707

000231000407818112

DH&K Inc
DEPOSIT ONLY
1015675 Dollar Bank

# Magisterial District Judge 05-2-06

## DOCKET

Docket Number: MJ-05206-CV-0000158-2024

## Civil Docket



DH&K Inc, Don Scott
v.
Tamar  Warfield /Estate of Bernice Warfield

Page 1 of 1

### CASE INFORMATION

| | | | |
|---|---|---|---|
| Judge Assigned: | Magisterial District Judge Anthony L. DeLuca | File Date: | 03/11/2024 |
| Claim Amount: | $5,000.00 | Case Status: | Active |
| Judgment Amount: | | County: | Allegheny |

### CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Civil Action Hearing | 05/08/2024 | 10:05 am | Courtroom: MDJ-05-2-06 | Magisterial District Judge Anthony L. DeLuca | Scheduled |

### CASE PARTICIPANTS

| Participant Type | Participant Name | Address |
|---|---|---|
| Defendant | Warfield, Tamar | Churchill, PA 15235 |
| Plaintiff | DH&K Inc, Don Scott | Pittsburgh, PA 15235 |

### DISPOSITION SUMMARY

| Docket Number | Plaintiff | Defendant | Disposition | Disposition Date |
|---|---|---|---|---|

### DOCKET ENTRY INFORMATION

| Filed Date | Entry | Filer | Applies To |
|---|---|---|---|
| 03/12/2024 | Certified Civil Complaint Issued | Magisterial District Court 05-2-06 | Tamar Warfield, Defendant |
| 03/11/2024 | Civil Complaint Filed | DH&K Inc, Don Scott | |

MDJS 1200

Printed: 03/15/2024  3:09 pm

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the
Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data , errors or omissions
on these docket sheets.  You should verify that the information is accurate and current by personally consulting the official record reposing in the court
wherein the record is maintained.

TO; TAMAR S. WARField

20 THORNYCROFT Rd.
Pgh Pa 15235

From: DH&K INC/ DONALD SCOTT
4605 FlAMINGO Ave
Pgh Pa 15235

## 10 DAY NOTICE DEMAND of MONIES

This is AN ATTempt TO Collect A
Debt.

$20,676.⁰⁰ — BANKRuptcy Cashier Check
5,000.⁰⁰ — House Remodeling
1,585.79 — 12/28/23  AIRLine TickeT
$27,261.79  TOTAL Plus IntresT

Donald Scott
3/11/24

CC; file
magistrate





**2:12**   ⊿ ⁴⁹⁄USAA    📶 ⁴⁹ 📶 49% 🔋

← **Message Det...**    ⋮

## Authorization Needed on Account Transaction

Dec 28, 2:07 PM

Do you authorize the ···
transaction on your
USAA debit card
ending in 8697 at
AAWEBSALES for    ♪⁾⁾
$1,585.79 on
12/28/2023?

Action Required

**Delete**

🏠 Home    🔍 Search    💬 Chat

|||    ⬜    ‹





# Magisterial District Judge 05-2-08

### DOCKET



Docket Number: MJ-05208-NT-0000339-2022

## Non-Traffic Docket

Commonwealth of Pennsylvania
v.
Tamar Warfield

Page 1 of 1

### CASE INFORMATION

| | | | |
|---|---|---|---|
| Judge Assigned: | Magisterial District Judge Lisa V. Caulfield | Issue Date: | |
| OTN: | | File Date: | 04/29/2022 |
| Arresting Agency: | | Arrest Date: | |
| Document No.: | | Incident No.: | |
| Disposition: | | Disposition Date: | |
| County: | Allegheny | Township: | Churchill Borough |
| Case Status: | Active | | |

### STATUS INFORMATION

| Case Status | Status Date | Processing Status |
|---|---|---|
| Active | 01/12/2023 | Awaiting Plea |
| | 04/29/2022 | Awaiting Plea |

### DEFENDANT INFORMATION

| | | | |
|---|---|---|---|
| Name: | Warfield, Tamar | Sex: | |
| Date of Birth: | | Race: | |
| Address(es): | | | |

**Home**
Pittsburgh, PA 15235

### CASE PARTICIPANTS

| Participant Type | Participant Name |
|---|---|
| Affiant | Hoffman, Gary |
| Defendant | Warfield, Tamar |

### CHARGES

| # | Charge | Grade | Description | Offense Dt. | Disposition |
|---|---|---|---|---|---|
| 1 | 3 § 455.8 §§ A2 | S | Vaccination against Rabies Required - Proof of Vaccination | 04/15/2022 | |

### DOCKET ENTRY INFORMATION

| Filed Date | Entry | Filer | Applies To |
|---|---|---|---|
| 06/01/2022 | Certified Summons Unclaimed | Magisterial District Court 05-2-08 | Tamar Warfield, Defendant |
| 05/03/2022 | Summons Issued | Magisterial District Court 05-2-08 | Tamar Warfield, Defendant |
| 05/03/2022 | First Class Summons Issued | Magisterial District Court 05-2-08 | Tamar Warfield, Defendant |
| 05/03/2022 | Certified Summons Issued | Magisterial District Court 05-2-08 | Tamar Warfield, Defendant |
| 04/29/2022 | Private Summary Complaint Filed | Magisterial District Court 05-2-08 | |

MDJS 1200

Printed: 03/06/2024    3:55 pm

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data , errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Parcel ID : 0448-M-00008-0000-00

Municipality : 934 Penn Hills

Property Address : 239 YOSEMITE DR
PITTSBURGH, PA 15235

Owner Name : WARFIELD TAMAR S

## Pay Taxes

### Pay Taxes Online

[ Click to Pay ]

**Tax Bill Mailing Address:**

TAMAR S WARFIELD
20 THORNYCROFT RD
PITTSBURGH PA
15235

### Subscribe/Unsubscribe to eBilling

[ Click to Subscribe/Unsubscribe ]

By enrolling in eBilling, you will receive your property tax bill via email for the following calendar year.

**(MUST be enrolled by December 31st for the next tax year.)**

If your taxes are currently being paid through an escrow account with your mortgage company, you cannot subscribe to eBilling.

| | |
|---|---|
| Net Tax Due March 31, 2024 | $368.52 |
| Gross Tax Due April 30, 2024 | $376.04 |
| Millage Rate: | 4.73 |
| Taxable Market Value: | $79,500 |
| Lot and Block: | 0448M00008000000 |

Pay Taxes Online or mail payments to:

Allegheny County Treasurer
Office of Erica Rocchi Brusselars
Room 108 Courthouse
436 Grant Street
Pittsburgh, PA 15219-2497

| Year | Paid Status | Tax | Penalty | Interest | Total | Date Paid |
|------|-------------|-----|---------|----------|-------|-----------|
| 2024 | UNPAID | $368.52 | $0.00 | $0.00 | $368.52 | |
| 2023 | UNPAID | $376.04 | ---------- | | See Below and Contact Jordan Tax Service at 412-835-5243 | |
| 2022 | | $0.00 | $0.00 | $0.00 | $0.00 | |
| 2021 | | $0.00 | $0.00 | $0.00 | $0.00 | |

**Important Notice**

Go gle Maps    239 Yosemite Dr

Penn Hills, Pennsylvania

Google Street View

Jul 2019



Image capture: Jul 2019    © 2024 Google

# UNSWORN VERIFICATION

I, _Donald Scott-DHukins_ verify that the statements made in the

foregoing pleading are true and correct to the best of my knowledge, information,

and belief. I understand that any false statements made herein are subject to the

penalties of 18 PA. C.S.A. §4904, relating to unsworn falsification to authorities.

_3/15/24_
**DATE**

_[signature]_
**SIGNATURE**

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by: _CREDITOR D HOKIN_

Signature: _Donald W Scott_

Name: _DONALD SCOTT_

Attorney No. (if applicable): _____

Rev. 09/2017

CREATE...
Dotttkinc / Don Scott
465 Flamingo Ave
P.H  PA 15235

Retail

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
PITTSBURGH, PA 15290
MAR 18, 2024
$2.00
R2305K132140-91

CLEARED X-RAY SCREENING

Judge Carlota M. Böhn
Courtroom B, 54th Fl.
i Steel Tower 600 Grant St
Pgh. PA. 15219