# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: ) | Bankruptcy No. 22-21446-CMB |
| **Bernice Warfield** ) | Chapter 13 |
| ) | Doc No. __ |
| **Debtor** ) | |
| **Bryan Keenan, Esquire** ) | |
| APPLICANT ) | |
| vs. ) | |
| No Respondent(s) ) | |

### CERTIFICATE OF SERVICE OF AMENDED NOTICE TO WITHDRAW
### THE PROPOSED MODIFIICATION AND
### THE FEBUARY 27, 2024 AMENDED CHAPTER 13 PLAN AND
### CANCEL THE CONCILIATION CONFERENCE
### SCHEDULED FOR APRIL 25,2024 AT 10:00 A.M., PROPOSED ORDER,
### AND HEARING ORDER

I, Bryan P. Keenan, Esquire , certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on: **March 26, 2024.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail and electronic notification.**

**1.) Service by Electronic Notification** –
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

**2.) Service by First Class Mail--**
a. all parties on the attached mailing matrix
b. DH&K, Inc., c/o Donald Scott, 465 Flamingo Avenue, Penn Hills, PA 15235
c. Tamara Warfield, 20 Thornycroft Rd, Pittsburgh, PA 15235
d. Office of the US Trustee, 1000 Liberty Ave., Suite 1316, Pgh, PA 15222

Date: **March 27, 2024**                         **/s/ Bryan P. Keenan**
                                                Bryan  P. Keenan, PA ID No. 89053
                                                Bryan  P. Keenan  & Associates P.C.
                                                Attorney for Debtor
                                                993 Greentree Road, Suite 201
                                                Pittsburgh, PA 15220
                                                (412) 922-5116
                                                keenan662@gmail.com