**FILED**

MAR 2 8 2024

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

Bernice Warfield                    :        Case No: 22-21446-CMB

Detor(s)                            :        Chapter 13

                                    :

DH&K inc. Donald Scott              :

Movant                              :        Related to Documents 70,77,78,79,80

        Vs.                         :        Hearing Matters

Bernice Warfield, Tamar Warfield, Rhonda :

J. Winnecour,Trustee

        Respondent(s)


**MOVANTS RESPONSE AND MATTERS TO THE TRUSTEES RESPONSE TO THE COURT
AND REGARGING (1) DISMISSS OR CONVERT BANKRUPTCY CASE AND (2) DETERMINE
MR. SCOTT'S LUMP SUM PAYMENT TO THE BANKRUPYCY COURT, OWNERSHIP.**


TO THE RESPONDENTS(s) AND HONARABLE COURT:

1. DH&K inc/Donald Scott (hereafter) { Scott} Mr. Scott loaned $20,676. To Miss

Tamar S.Warfield (hereafter) {Tamar} . Tamar told Scott that she was in financial trouble

and if Scott could help her. Tamar said she needed to borrow $20,676. By February

22,2024, a Friday even though she told the trustee she already had it, (Untrue) Scott told

Tamar that he had to go to two other banks to get that amount. Albeit noon Feb.22nd

Scott texted/called Tamar that I had the money and she told Scott that it had to be in a

cashier check, with the trustee's name. Scott told the teller at dollar bank in Penn Hills

branch teller typed the name Rhonda J. Winnecour and typed Tamar Warfield
Bankruptcy in the memo. See DOC# 1

The loan was that a loan for her bankruptcy see DOC# 2 (text between Scott and
Tamar)

2. Tamar told the trustee that the money came from her deceased fathers gun collection,

but Scott understanding that Tamar has a felony and couldn't DOC#3 . Tamar was untrue and

never told Scott that was her intention . Tamar is habitual liar.

3. Tamar asked for the loan from Scott knowing it was theft by deception.

4.Scott attended Ms. Bernice Warfield and Tamar fathers Funeral. And didn't know
anything about Tamar financial troubles. DOC#3a

5. Tamar borrowed $5,000. A couple days before the bankruptcy loan, to remodel the 20

Thorneycroft Rd. house and her check bounced and still bouncing ! and after Tamar didn't
repay Scott's $20,676. When her 401K check never materialized. Thats when Scott

started investigating Tamar, and found out everything and was all but lies and fraudulent .

2

See DOC#4 This movant request that the Honorable Court dismiss the amended plan also (i)(j) and withdraw trustees fee application as Scott didn't hire him and should benefit from the poisoned tree.

6.Response of dismissal conversion of case.

Scott lump sum payment is exclusive from the secured and unsecured assets . The representative of the probate estate (Tamar)'s statement to the trustee is not accurate at all ,a matter of fact she has perjured herself many times to this court. There should be no delay for the creditors and dismiss this case and refund Mr. Scott's money $25,676. In full because the whole action was fraudulently initiated by Tamar and this is theft by deception ,by a criminal Tamar Warfield.

the court has the trustees own words "was not disclosed statement of financial affairs" because it is FRAUD by Tamar and that is problematic. The fruit is bad because the tree is rotten. If the independent trustee investigator check on Tamar internal revenue service job description, that investigator would understand those fraud actions came in her fruition.

7&8. The conversion is not in Scotts best interest as chapter 7 would take who knows how long and this would prejudice Scott. There should be an investigation by an independent trustee also an IRS investigator at Tamar's job.

The value of the assets  should be appraised as Scott knows that the $240.00 house is not going to reach that number of the 20 Thorneycroft rd. Property DOC#5-10 and the 2019 –20 chevy Trac car.

Scotts unsecured/secured  claim was  timely and was filed 30days before the court April hearing. The $2,819.31 trustee fee should be attached to the secured assets , not Mr. Scotts lump sum.

9. The court should retain jurisdiction pursuant to s349 over Scott lump sum.

10.The trustee does understand Scott intention that it was a loan in the amount of $20,626. Cashier check with memo on it Also , the phone text that Tamar promised to repay the loan to Scott DOC#′ 2   Tamar misrepresented the court and Scott and he had no ideal that the loan on the chapter 13 was a violation and that Tamar penalty under perjury, perjured herself. Only after Tamar bounced the house remodeling $5,000. Check and after Tamar didn't repay Scotts $20,676. When her 401K check never materialized.  Doc# 15- A

11-13. The trustee did understand that Tamar perjured herself under penalty and i hope that the Honorable Court, punishes Tamar to the fullest extent of the courts power.

At the point of the transaction occurred, it was at that point illegal and Tamar perjured herself and gave the bankruptcy estate Scott's loan cashier check. Scott's deal was with Tamar Warfield and she is co/owner or as it is, the only owner of the estate/property/assets. The trustee wrote(12) (He could have, but did not, seek an order of the bankruptcy court to approve the loan with such terms and conditions as he might have). First, Scott is not an attorney and the trustee cannot know what Scotty would do. Scotty did submit documentation, Doc 14-  , phone text, and in his objection, cashier check memo, also the bank teller, telling him what the check was for. This is not a Nunc pro Tunc because there wasn't any correction or earlier ruling on Scott's objection or his lump sum.

The problematic loan was that Tamar Warfield lied to Scott from the start and took advantage of Scott is over 60 years old and a service connected disabled veteran, doc 16, and have only known Tamar less than 4 years and is in the friend zone relationship only. The real issue in the Trustee's motion, if he can persuade the court to distribute my(Scotty) lump sum minus the trustee's monies, $2,819.31 and Scotty believes this is the fruit of the poisonous tree from the word go When Tamar signed the fraudulent Affairs, transfer, defaulted repayment. Scott did not hire the trustee or signed any contract, but trustee wants my money. Misrepresentation under penalty of perjury verified statement Tamar signed and dated(17), sold a gun collection without any sales proof, background, cert, etc., and the amount happens to be the same amount my cashier check, come on, Tamar Warfield has played me and the court with her narcissistic games and now caught up on all her lies. Again, check her Internal Revenue Service job description, she is probate/tax estate agent downtown, 412-209-4461.

14. If the case is dismissed which Scott requests, in default of any response or other resolution of this motion, that the court order that the whole lump sum is not an estate asset and that the funds shall be distributed immediately to Mr. Scott.

Wherefore, Movant Request an order granting the above requested relief.

DH&K INC

4

3/25/24

Donald Scott

Movant

600 GRANT STREET

PITTSBURGH,PA. 15219

JUDGE CARLOTA M. BOHM

COURTROOM B,54 TH FL

US STEEL TOWER 600 GRANT ST

PGH. PA 15219

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

Bernice Warfield                         :         Case No: 22-21446-CMB

Detor(s)                                 :         Chapter 13

                                         :

DH&K inc. Donald Scott                   :

 Movant                                  :         Related to Documents 70,77,78,79,80

            Vs.                          :         Hearing Matters

Bernice Warfield, Tamar Warfield, Rhonda :

J. Winnecour,Trustee

            Respondent(s)

# **ORDER OF COURT**

AND  NOW , THIS _____ DAY OF_____ ,2024, UPON

CONSIDERATION OF THE MOTION TO DISMISS BANKRUPTCY CASE ABOVE

2. THAT MR. SCOTT  LUMP SUM BE RETURNED ASAP IN FULL
3. TRUSTEE SHALL DISTRIBUTE THE $20,676. LUMP SUM PAYMENT  AND NO TRUSTEE FEES. THE MOVANT DID FILE HIS OBJECTION ON TIME.
4. SUBJECT TO THE COURTS RETENTION OF JURISTDICTION IN ACCORDANCE WITH §349OVER THE DISTRIBURTION OF THE LUMP SUM PAYMENT ASDESCRIBED ABOVE, THE Bankruptcy Case is dismissed.

_____

U.S. BANKRUPTCY JUDGE

Donald Scott

Movant

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

Bernice Warfield                    :        Case No: 22-21446-CMB

Detor(s)                            :        Chapter 13

                                    :

DH&K inc. Donald Scott              :

Movant                              :        Related to Documents 70,77,78,79,80

        Vs.                         :        Hearing Matters

Bernice Warfield, Tamar Warfield, Rhonda :

J. Winnecour, Trustee

        Respondent(s)

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THE MARCH 25,2024 , I SERVED ONE TRUE AND CORRECT
COPY OF THE FOREGOING MOTION ON THE FOLLOWING PARTIES IN INTEREST BY
UNITEDSTATES FIRST CLASS MAIL ADDRESS AS FOLLOWS:

OFFICE OF THE U.S. TRUSTEE

1000 LIBERTY AVENUE, SUITE 1316

PITTSBURGH PA 15222

BERNICE WARFIELD

20 THORNYCROFT ROAD

PITTSBURGH PA 15235

TAMAR WARFIELD

20 THORNYCROFT ROAD

PITTSBURGH PA 15235

BRYAN P. KEENAN, ESQUIRE

993 GREENTREE ROAD, SUITE 201

PITTSBURGH PA 15220

/S/ROSA M. RICHARD

OFFICE OF CHAPTER 13 TRUSTEE

US STEEL TOWER-SUITE 3250

600 GRANT STREET

PITTSBURGH PA 15219

412- 471 –5566

CMECF@CHAPTER13TRUSTEEWDPA.COM

RONDA J. WINNECOUR,

CHAPTER 13 TRUSTEE, W.D. PA

U.S. STEEL TOWER-SUITE 3250

# UNSWORN VERIFICATION

I, _Donald Scott-DHukim_ verify that the statements made in the foregoing pleading are true and correct to the best of my knowledge, information, and belief. I understand that any false statements made herein are subject to the penalties of 18 PA. C.S.A. §4904, relating to unsworn falsification to authorities.

_3/25/24_
DATE

_Donald Walcott_
SIGNATURE



11:23                 5G UC ᵤₗₗ 83%

‹        **Tami New Cell** ⌄                ⋮



4:27 PM

# I will do my best

# But i will pay you ALL OF YOUR MONEY

4:37 PM        

                ☺    

*Doc #2*

11:24  5G UC 82%

< **Tami New Cell** ⌄  ⋮



**U promised me u will pay the 5,000. Tomorrow, right.**

4:02 PM

# Right

4:03 PM

Doc # 2

Query    Reports    Utilities    Help    Log Out

CLOSED

### U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Corpus Christi)
## CRIMINAL DOCKET FOR CASE #: 2:94-cr-00036-1

Case title: USA v. Warfield

Magistrate judge case number: 2:94-mj-00027

Date Filed: 03/09/1994

Date Terminated: 01/20/1995

Assigned to: Judge Janis Graham Jack

### Defendant (1)

**Tamar Shelby Warfield**
*TERMINATED: 01/20/1995*

represented by  **Mauro L Reyna , III**
Attorney at Law
P O Box 969
Penitas, TX 78576
956-584-7822
Fax: 956-584-0395
Email: mlreyna@aol.com
*TERMINATED: 01/20/1995*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

### Pending Counts

21:846, 841(a)(1), 841(b)(1)(B)- Conspire
to possess w/intent to distribute approx. 27
kilograms of marihuana, 498 grams of
cocaine and 15 grams of a mixture having a
cocaine base (also known as ("crack").
PENALTY- 5 yrs to 40 yrs impris. and/or
$2,000,000 fine and at least 4 yrs SRT w/out
probation, suspended sentence or parole and
a $50.00 special assmt.
(4)

### Disposition

Cnt-4 60 mos Probation; $50 SA, $500 fine

### Highest Offense Level (Opening)

*Felony*

### Terminated Counts

*21:841(a)(1), 841(b)(1)(D), and 18:2-
Unlawful possession w/intent to distribute
approx. 27 kilograms of marihuana.
PENALTY- Maximum- 5 yrs impris. and/or
$250,000 fine and at least 2 yrs SRT and a*

### Disposition

Dismissed on Govt's Mtn

*Doc # 3*

# Celebration of Life





## Charles Warfield, Jr.

– January 11, 2023

## Bernice Warfield

– January 18, 2023

**Tuesday, January 31, 2023**
**10:00 a.m.**
**Pentecostal Temple Church of God in Christ**
**6300 East Liberty Blvd., Pittsburgh, PA 15206**
**Pastor Barbara J. Mann**

DOC # 3A



# Pennsylvania
visitPA.com    USA

# IDENTIFICATION CARD



IDN:

DOB:

EXP: **04/30/2022**

WARFIELD
TAMAR S
20 THORNYCROFT RD
PITTSBURGH, PA 1523

SEX: F    EYES: BRO
HGT 5'-02"

DUPS 01

ISS 02/13/2018

DD 1811001502201
400000059300



ID

Doc # 3A



Doc # 4:



TAMAR S WARFIELD
AARON G PAYNE
20 THORNYCROFT RD
PITTSBURGH, PA 15235-4942

1267
8-8332/2430
01

PAY TO THE
ORDER OF _____ Justin & Scott _____  $500.00

Five thousand dollars _____ DOLLARS

CLEARVIEW.
FEDERAL CREDIT UNION

MEMO _____     Tamar S Warfield

DATE  Feb 24 2024

⑈1267⑈

Doc #4A

Doc 88 Page 1



2024 `Tamar bedroom, AND DRYWALL Like This The whole house
ceilings from Leaking Roof



The whole House Floor is sub Floor Last 3 yrs.



Picture says it all



Picture SAYS it All



Living Room, No carpet now, All sub Floor



3 uNfinished wiNdow(s) RAiN HAve BeeN RuNNiNg
iN THem FoR 2yrs



TAMAR CHEVY TRAC CAR



picture says it all Hearder

Doc # 9



Chevy
TRAX
CAR

ASSET

0:09 ────────⬤──────── 0:21

Doc #570



CAR
ASSET

*Doc# 14*

---

| Fill in this information to identify the case: |
| --- |
| Debtor 1 _____ |
| Debtor 2 _____ <br> (Spouse, if filing) |
| United States Bankruptcy Court for the: _____ District of _____ |
| Case number  *22-21446-CMB* |

## Official Form 410

# Proof of Claim

04/22

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

---

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

*DH4K INC - DONALD SCOTT*
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes.  From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Name  *DONALD SCOTT - DH4K INC*
Number  Street  *465 FLAMINGO AVE*
City  *Penn Hills*  State  *Pa*  ZIP Code  *15235*

Contact phone  *412 608 4388*
Contact email  *SCOTTYTHEBody696@gmail.com*

Where should payments to the creditor be sent? (if different)

Name  *DONALD SCOTT*
Number  Street  *465 FLAMINGO AVE*
City  *Penn Hills*  State  *Pa*  ZIP Code  *15235*

Contact phone  *SAME*
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ *NA* _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☒ No
☐ Yes.  Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes.  Who made the earlier filing? _____

---

*Doc #15*

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF ALLEGHENY



# Civil Action Hearing Notice

| | |
|---|---|
| Mag. Dist. No: MDJ-05-2-06 | |
| MDJ Name:   Honorable Anthony L. DeLuca | |
| Address:      85 Universal Road<br>                   Pittsburgh, PA  15235 | |
| Telephone:    412-731-0100 | |

DH&K Inc, Don Scott
v.
Tamar  Warfield

DH&K Inc, Don Scott
465 Flamingo Ave
Pittsburgh, PA  15235

Docket No:    MJ-05206-CV-0000158-2024
Case Filed:   3/11/2024

Your Role: Plaintiff

A civil complaint has been filed against you in the above captioned case.

A Civil Action Hearing has been scheduled to be held on/at:

| | |
|---|---|
| Date: **Wednesday, May 8, 2024** | Place:   Courtroom: MDJ-05-2-06<br>             85 Universal Road<br>             Pittsburgh, PA  15235<br>             412-731-0100 |
| Time: **10:05 AM** | |

## Notice To Defendant

If you intend to enter a defense to this complaint, you should so notify this office immediately at the above telephone number.

**You must appear at the hearing and present your defense.  Unless you do, judgment may be entered against you by default.**

If you have a claim against the plaintiff which is within magisterial district judge jurisdiction and which you intend to assert at the hearing, you must file it on a complaint form at this office at least five days before the date set for the hearing.

Pursuant to Pa.R.Civ.P.M.D.J. 342(B)(2), no claim by the defendant will be permitted in a supplementary action filed for failure of judgment creditor to enter satisfaction.

## Notice To Plaintiff

Pursuant to Pa.R.Civ.P.M.D.J. 318, you or your attorney will be notified if the defendant gives notice of his/her intention to defend.

If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number.  We are unable to provide transportation.

MDJS 308
Printed: 03/12/2024  8:51:47AM

1



FREE INTERPRETER
www.pacourts.us/language-rights
412-350-5419

Doc #154

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF ALLEGHENY



**CIVIL COMPLAINT**

| | |
|---|---|
| Mag. Dist. No: | MDJ-05-2-06 |
| MDJ Name: | Honorable Anthony L. DeLuca |
| Address: | 85 Universal Road<br>Pittsburgh, PA 15235 |
| Telephone: | 412-731-0100 |

PLAINTIFF:                    NAME and ADDRESS

DH4KING, Don Scott
465 Flamingo Ave
P.H. Pa 15235

DEFENDANT:          v.          NAME and ADDRESS

Tamar Warfield, estate of Bernie Warfield
20 Thornycroft Rd
Churchill Pa 15235

| | AMOUNT | DATE PAID |
|---|---|---|
| FILING COSTS | $ 201.75 | MAR 11 2024 |
| POSTAGE | $ 9.28 | / / |
| SERVICE COSTS | $ | / / |
| CONSTABLE ED. | $ | / / |
| TOTAL | $ 211.03 | / / |

Docket No: CV 158-24
Case Filed: MAR 11 2024

Pa.R.C.P.M.D.J. No. 206 sets forth those costs recoverable by the prevailing party.

To The Defendant: The above named plaintiff(s) asks judgment against you for $ 5,000.00 together with costs upon the following claim (Civil fines must include citation of the statute or ordinance violated):

ON Feb 21, 2024 The Defendant Borrowed $5,000 Dollars For Remodeling of her House. Defendant Assured That she would Repay in two days with cash and Tear up Her check, on The 23rd Feb 2024 The Debt didnt Pay at all AND As of This filing she Has Not Repaid The LOAN, matter fact her check #1267 is still Bouncing.

I, Don Scott verify that the facts set forth in this complaint are true and correct to the best of my knowledge, information, and belief. This statement is made subject to the penalties of Section 4904 of the Crimes Code (18 PA. C.S. § 4904) related to unsworn falsification to authorities.

I certify that this filing complies with the provisions of the Case Records Public Access Policy of the Unified Judicial System of Pennsylvania that require filing confidential information and documents differently than non-confidential information and documents.

_____
(Signature of Plaintiff or Authorized Agent)

The plaintiff's attorney shall file an entry of appearance with the magisterial district court pursuant to Pa.R.C.P.M.D.J. 207.1

If you intend to enter a defense to this complaint, you should notify this office immediately at the above telephone number. You must appear at the hearing and present your defense. Unless you do, judgment may be entered against you by default.

If you have a claim against the plaintiff which is within the magisterial district judge jurisdiction and which you intend to assert at the hearing, you must file it on a complaint form at this office at least five days before the date set for the hearing.

If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation.

MDJS 308A-BL
Printed: 11/08/2019 10:39:14AM

1

FREE INTERPRETER
www.pacourts.us/language-rights
412-350-5419

MAR 11 2024

Doc # 16



VA

U.S. Department
of Veterans Affairs

Plan ID (80840)

Member ID

Member
DONALD W SCOTT JR

Card Expires   06/28/2029

VA HEALTHCARE ENROLLEE
SERVICE CONNECTED

DONALD SCOTT
465 FLAMINGO AVE
PITTSBURGH, PA 15235

C14342P

092026

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Case No. 22-21446-CMB |
| **Bernice Warfield** | ) | **Chapter 13** |
| Debtor | ) | Document No. |
| **Tamara Warfield** | ) | |
| Movant | ) | |
| v. | ) | |
| No Respondent | ) | |

## VERIFIED STATEMENT

I, <u>Tamara Warfield</u>, hereby affirm and attest that on February 22, 2024 I mailed a payment of $20,681.00 to the Chapter 13 trustee to help cure the post petition arrears.

I am the co-owner of the property located at 20 Thornycroft Road Pittsburgh, PA 15235, which is why I residue.

The source of these funds was from the sale of my deceased fathers guns collection. This was not a loan.

I certify under the penalty of perjury that the above is true and correct.

Signature(s)

Date: <u>March 7, 2024</u>          /s/ _____

Tamara Warfield (Debtor)

Doc
#17

Donald Scott
465 Flamingo Ave
PGH PA
15236

Retail


UNITED STATES
POSTAL SERVICE


15219

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
PITTSBURGH, PA 15221
MAR 25, 2024

$2.83

R2304Y122784-23

Honorable Judge Carlota
Courtroom B, 54th FL
US Steel Tower 600
Pgh PA 15219