### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In Re: | Case No. 22-21446-CMB |
|---|---|
| Bernice Warfield | Chapter 13 |
| Debtor | Doc. No. 78 |
| Bryan P. Keenan & Associates P.C. | |
| Movant | |
| vs. | |
| No Respondent | |

### ORDER ON COUNSELS NOTICE TO WITHDRAW THE
### APPLICATION OF BRYAN KEENAN, ESQUIRE FOR
### INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

:

And now this __28th__, day of March 2024, it is hereby **ORDERED, ADJUDGED AND DECREED** that the Application of Bryan P. Keenan Esquire for Interim Compensation and Reimbursement of Expenses filed at document number 71 is withdrawn because the Debtor is deceased.

_____  dmr
Honorable Carlota M. Bohm
United States Bankruptcy Judge

FILED
3/28/24 9:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21446-CMB |
| Bernice Warfield | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 28, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Bernice Warfield, 20 Thornycroft Road, Pittsburgh, PA 15235-4942 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Wilmington Savings Fund Society FSB as Owner Trustee of the Residential Credit Opportunities Trust VII-B nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| Bryan P. Keenan | on behalf of Debtor Bernice Warfield keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Denise Carlon | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Mar 28, 2024 | Form ID: pdf900 | Total Noticed: 1 |

William E. Craig
                on behalf of Creditor Americredit Financial Services  Inc. dba GM Financial wcraig@egalawfirm.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 6