### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | Bankruptcy No. 22-21446-CMB |
| **Bernice Warfield** | ) | Chapter 13 |
| Debtor | ) | Doc. No. |
| **Bernice Warfield** | ) | |
| Movant | ) | Hearing: 4/9/2024 |
| v. | ) | at 1:30 p.m. |
| **No Respondents** | ) | |

### CERTIFICATION OF NO OBJECTION ON
### NOTICE TO WITHDRAW
### THE PROPOSED MODIFIICATION AND
### THE FEBUARY 27, 2024 AMENDED CHAPTER 13 PLAN AND
### CANCEL THE CONCILIATION CONFERENCE
### SCHEDULED FOR APRIL 25,2024 AT 10:00 A.M.

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Notice filed on **March 30, 2024** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing, objections to the Application were to be filed and served no later than **April 5, 2024.**

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

**Date: April 6, 2024**                **/s/ Bryan P. Keenan**
                                       **Bryan P. Keenan, PA ID No. 89053**
                                       **Bryan P. Keenan & Associates P.C.**
                                       **Attorney for Debtor**
                                       **993 Greentree Road, Suite 201**
                                       **Pittsburgh, PA 15220**
                                       **(412) 922-5116**
                                       **keenan662@gmail.com**