## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:** | } |
| | }  Bankruptcy No. 22-21446-CMB |
| BERNICE WARFIELD, | } |
| | }  Chapter 13 |
| Debtor(s) | } |
| | }  POC No. 5 |
| | } |
| No Respondents. | } |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

Please take notice that the undersigned hereby appears as counsel for Donald Scott and DH&K Inc., a creditor and party in interest, and that under Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Rules of Bankruptcy Rules for this District ("Local Bankruptcy Rules"), hereby requests that all notice given or required to be given, and all papers and pleadings filed or served or required to be served, in this case, be given to or served upon:

Albert G. Reese, Jr., Esquire
AGR LAW, P.C.
640 Rodi Road 2nd Floor Ste. 2
Pittsburgh, PA 15235
Fax: 412.241.1687
Areese8897@aol.com

This request includes not only the notices and papers referred to in the Bankruptcy Rules and Local Bankruptcy Rules but also, without limitation, orders and notices of any application, motions, petitions, pleadings, request, complaints or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telex or otherwise.

This request supersedes any prior request for Notice by this creditor, that there is no other request to receive Notices for the specified creditor, or that all prior requests are terminated, and the attorney is authorized to make this request for Notices on behalf of the named creditor.

**/s/Albert G. Reese, Jr., Esquire**
Albert G. Reese, Jr., Esquire
PA I.D.93813
AGR LAW, P.C.
640 Rodi Road 2nd Floor Ste. 2
Pittsburgh, PA 15235
Tel: 412-241-1697
Fax: 412-241-1687

Counsel for Donald Scott & DH&K Inc.