**Date: 04/25/2024 01:30 pm**

**In re:    Bernice Warfield**

                                      **Bankruptcy No. 22-21446-CMB**
                                      **Chapter: 13**
                                      **Doc. # 81**

**Appearances:   Kate DeSimone, Bryan P. Keenan, Donald Scott (pro-se)**

**Nature of Proceeding: #81 Motion to (1) Dismiss or Convert Bankruptcy Case, and (2) to Determine Party to Whom Lump Sum Payment Should be Paid**

**OUTCOME:  Hearing held. Matter continued to May 21, 2024, at 1:30 PM. Trustee, Debtor, and Donald Scott are to propose how to escrow the lump sum payment if the case is dismissed. All matter filed prior to today's hearing are held in abeyance and may be moot if the case is dismissed.**

                                      **Carlota Böhm**
                                      **U.S. Bankruptcy Judge**

FILED
4/26/24 8:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21446-CMB |
| Bernice Warfield | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 26, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Bernice Warfield, 20 Thornycroft Road, Pittsburgh, PA 15235-4942 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2024              Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Wilmington Savings Fund Society FSB as Owner Trustee of the Residential Credit Opportunities Trust VII-B nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| Bryan P. Keenan | on behalf of Debtor Bernice Warfield keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Denise Carlon | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Apr 26, 2024 | Form ID: pdf900 | Total Noticed: 1

William E. Craig
                         on behalf of Creditor Americredit Financial Services  Inc. dba GM Financial wcraig@egalawfirm.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 6