# PROCEEDING MEMO

**Date: 05/21/2024 01:30 pm**

**In re:**   **Bernice Warfield**

**Bankruptcy No. 22-21446-CMB**
**Chapter: 13**
**Doc. # 81**

**Appearances:  Ronda Winnecour, Bryan P. Keenan, Albert G. Reese, Jr., Tamar Warfield**

**Nature of Proceeding:  #81 Continued Motion to (1) Dismiss or Convert Bankruptcy Case, and (2) to Determine Party to Whom Lump Sum Payment Should be Paid**

**Outcome: Hearing held. Order proposed by Trustee and Donald Scott. Lump sum payment will be put in escrow held by the Allegheny County Court of Common Pleas. Case is dismissed.**

FILED
5/21/24 3:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Carlota Böhm**
**U.S. Bankruptcy Judge**