# PROCEEDING MEMO

**Date: 05/21/2024 01:30 pm**

**In re:**  **Bernice Warfield**

**Bankruptcy No. 22-21446-CMB**
**Chapter: 13**
**Doc. #100**

**Appearances:** Ronda Winnecour, Bryan P. Keenan, Albert G. Reese, Jr., Tamar Warfield

**Nature of Proceeding:** #100 Continued Motion to Amend Proof of Claim and Specify Claim as Unsecured and Priority

**Outcome:** Hearing held. Order proposed by Trustee and Donald Scott. Lump sum payment will be put in escrow held by the Allegheny County Court of Common Pleas. Case is dismissed.

Carlota Böhm
U.S. Bankruptcy Judge

FILED
5/21/24 3:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA