# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 22-21446-CMB |
| Bernice Warfield,<br>    Debtor(s). | Chapter 13 |
| RONDA J. WINNECOUR, Chapter 13 Trustee,<br>    Movant,<br>vs.<br>Bernice Warfield, Tamara Warfield, and DH&K, Inc/Donald Scott,<br>    Respondent(s). | Related to Docs 70, 77, 78, 79, 80, 106, and 111 |

## ORDER OF COURT

AND NOW, THIS __21st__ day of _____May_____, 20_24_, upon consideration of the MOTION TO (1) DISMISS OR CONVERT BANKRUPTCY CASE, AND (2) TO DETERMINE PARTY TO WHOM LUMP SUM PAYMENT SHOULD BE PAID, and responses thereto if any, it is hereby Ordered:

(1) Trustee shall distribute the $20,676 Lump Sum Payment, posted to the Trustee's account on 3/1/24, by check made payable to the Department of Court Records of Allegheny County, referencing in the Voucher the matter of "Donald Scott DBA KH&K, Inc v Tamar Warfield and Bernice Warfield, Deceased," AR 24-2877" at the time of her next ordinary distribution by mailing the check to Albert G. Reese, Jr., Esquire, Law Office of Albert G. Reese, Jr., 640 Rodi Rd. 2nd FL. Ste. 2, Pittsburgh, PA 15235. Attorney Albert Reese is hereby ORDERED to immediately deliver the check to the Department of Court Records in accordance with the May 17, 2024, Order of the Court of Common Pleas.

(2) Trustee shall have no liability or responsibility to any party claiming any interest in the $20,676 Lump Sum Payment, including but not limited to Donald Scott DBA KH&K, Inc, Tamar Warfield, and/or Bernice Warfield, Deceased. Any attempt to seek an order from the Court of Common Pleas directing the Trustee to take any action with respect the Lump Sum or seeking any other relief against the Trustee shall be deemed a contempt of this Order.

(3) Subject to the Court's retention of jurisdiction over the Lump Sum Payment as described above, the Bankruptcy Case is dismissed.

U. S. Bankruptcy Judge
FILED
5/21/24 3:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 22-21446-CMB

Bernice Warfield  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: May 21, 2024      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Bernice Warfield, 20 Thornycroft Road, Pittsburgh, PA 15235-4942 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert G. Reese, Jr. | on behalf of Creditor DH&K Inc. areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;officemanager@alreeselaw.com |
| Andrew M. Lubin | on behalf of Creditor Wilmington Savings Fund Society FSB as Owner Trustee of the Residential Credit Opportunities Trust VII-B nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| Bryan P. Keenan | on behalf of Debtor Bernice Warfield keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Denise Carlon | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: May 21, 2024 Form ID: pdf900 Total Noticed: 1

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

William E. Craig
   on behalf of Creditor Americredit Financial Services  Inc. dba GM Financial wcraig@egalawfirm.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 7