**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>BERNICE WARFIELD<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:22-21446<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 07/26/2022 and confirmed on 09/22/2022. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 41,553.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 41,553.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 619.90 | |
|   Trustee Fee | 1,055.63 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,675.53 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY F<br>    Acct: 7288 | 0.00 | 18,419.18 | 0.00 | 18,419.18 |
|   WILMINGTON SAVINGS FUND SOCIETY F<br>    Acct: 7288 | 0.00 | 0.00 | 0.00 | 0.00 |
|   WILMINGTON SAVINGS FUND SOCIETY F<br>    Acct: 7288 | 87,795.04 | 0.00 | 0.00 | 0.00 |
|   AMERICREDIT FINANCIAL SVCS INC DBA<br>    Acct: 8910 | 14,072.42 | 0.00 | 777.29 | 777.29 |
| | | | | 19,196.47 |
| Priority | | | | |
|   BRYAN P KEENAN ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   BERNICE WARFIELD<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   BRYAN P KEENAN & ASSOCIATES PC<br>    Acct: XXXXXXXXXXXXXXXXXXXXXXXX1/24 | 0.00 | 0.00 | 0.00 | 0.00 |
|   BRYAN P KEENAN ESQ<br>    Acct: | 3,000.00 | 619.90 | 0.00 | 0.00 |

| 22-21446 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | |
|    D H & K INC - DONALD SCOTT | 20,676.00 | 0.00 | 0.00 | 0.00 |
|      Acct: LOAN | | | | |
|    RONDA J WINNECOUR TRUSTEE/CLERK | 5.00 | 5.00 | 0.00 | 5.00 |
|      Acct: XXXXXXXXXXXXXXXXXX1446 | | | | |
|    DEPARTMENT OF COURT RECORDS OF A | 20,676.00 | 20,676.00 | 0.00 | 20,676.00 |
|      Acct: XXXXXXXX-CMB | | | | |
| | | | | 20,681.00 |
| Unsecured | | | | |
|    CITIBANK NA** | 1,984.04 | 0.00 | 0.00 | 0.00 |
|      Acct: 8639 | | | | |
|    LVNV FUNDING LLC | 835.27 | 0.00 | 0.00 | 0.00 |
|      Acct: 4104 | | | | |
|    SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 2769 | | | | |
|    SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 2769 | | | | |
|    MCCALLA RAYMER  ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    MCCABE WEISBERG & CONWAY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    TAMERA WARFIELD++ | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    WILLIAM E CRAIG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    ALBERT G REESE JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |

***N O N E***

| TOTAL PAID TO CREDITORS | | | | 39,877.47 |
|---|---|---|---|---|

TOTAL CLAIMED
  PRIORITY               41,357.00
  SECURED             101,867.46
  UNSECURED          2.819.31

Date: 08/08/2024

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com